UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW BERNARD | CIVIL ACTION NO. 3:25--0165 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| RICHARD BOURGEOIS, JR. | MAG. JUDGE KAYLA D. MCCLUSKY |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 12], no objections thereto having been filed, and after an independent review of the record, determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion to Dismiss [Doc. No. 9] filed by Defendant, Richard Bourgeois, Jr. ("Defendant"), is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that to the extent that Defendant moves to dismiss Plaintiff Matthew Bernard's claims for insufficient process and lack of personal jurisdiction pursuant to FED. R. CIV. P. 12(b)(4) and (2), the Motion is **GRANTED**, and the claims are hereby **DISMISSED WITHOUT PREJUDICE** in their entirety.  The Motion to Dismiss is otherwise **DENIED**.  The case is closed.

MONROE, LOUISIANA, this 4th day of February, 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE